**Timothy CHARLEY, a/k/a Timothy L. Charley, Plaintiff–Appellant,**

v.

**ORANGEBURG COUNTY SHERIFF'S DEPARTMENT; Captain Rene Williams, Prosecuting Officer, Defendants–Appellees.**

**No. 11–6502.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 16, 2011.

Decided: Sept. 6, 2011.

Timothy Charley, Appellant Pro Se.

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Charley appeals the district court's order accepting the recommenda-

tion of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Charley v. Orangeburg County Sheriff Dep't*, No. 5:11–cv–00051–CMC, 2011 WL 703722 (D.S.C. Feb. 22, 2011). We deny Charley's motion for a writ of execution and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*